**Fill in this information to identify the case:**

Debtor name **TG Turnkey, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) **22-00303**

■ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
■ Amended *Schedule*    **A/B-H**
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 27, 2022**     X **/s/ Kevin Kyle**
                                    Signature of individual signing on behalf of debtor

                                    **Kevin Kyle**
                                    Printed name

                                    **President**
                                    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **TG Turnkey, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) **22-00303**

☑ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................    $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..........................................................    $ 999,057.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................    $ 999,057.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*......................    $ 6,235,740.09

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................    $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............    +$ 1,627,761.80

4. **Total liabilities** ............................................................................................
   Lines 2 + 3a + 3b          $ 7,863,501.89

**Fill in this information to identify the case:**

Debtor name __**TG Turnkey, LLC**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF MICHIGAN__

Case number (if known) __**22-00303**__

☐ Check if this is an
amended filing

Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
                                                                                                                         **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☑ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| **19.** | **Raw materials** | | | |

Debtor    **TG Turnkey, LLC**
Name                                                          Case number *(If known)*  **22-00303**

| Raw materials | | $21,000.00 | FMV | $21,000.00 |

20.  **Work in progress**

21.  **Finished goods, including goods held for resale**

22.  **Other inventory or supplies**

23.  **Total of Part 5.**    | $21,000.00 |

Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
- ■ No
- ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** Office fixtures | $2,000.00 | FMV | $2,000.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Office furniture | $5,000.00 | FMV | $5,000.00 |
| Computer Hardware | $5,000.00 | FMV | $5,000.00 |
| Computer Software | $5,000.00 | FMV | $5,000.00 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Debtor    **TG Turnkey, LLC**                               Case number *(If known)* **22-00303**
          Name

43.  **Total of Part 7.**                                                                    $17,000.00
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ☒ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Machinery & Equipment**<br>**(See Attached)** | $961,057.00 | FMV | $961,057.00 |

51.  **Total of Part 8.**                                                                   $961,057.00
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☒ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☐ No
     ☒ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example, | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **TG Turnkey, LLC**                                    Case number *(If known)*   **22-00303**
_____
Name

| acreage, factory, warehouse, apartment or office building, if available. | | | | |
|---|---|---|---|---|
| 55.1. **Leasehold Improvements** | | **$10,105.50** | **FMV** | **$0.00** |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | $0.00 |
|---|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** **Start-up expenses** | **$16,518.00** | **FMV** | **$0.00** |
| **Closing Costs** | **$17,500.00** | **FMV** | **$0.00** |
| 65. **Goodwill** **Goodwill** | **$15,000.00** | **FMV** | **$0.00** |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

Official Form 206A/B                     Schedule A/B Assets - Real and Personal Property                     page 4

| Debtor | TG Turnkey, LLC | Case number *(If known)* | 22-00303 |
|---|---|---|---|
| | Name | | |

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**
**TG Turnkey, LLC v LabCase, LLC**
**Case No. 20-0177-GC**
**Uncollectable, business closed**                                                                          $0.00

| Nature of claim | Judgment $13,217.99 |
|---|---|
| Amount requested | $13,217.99 |

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                                                              $0.00
Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **TG Turnkey, LLC**
Name

Case number *(If known)*  **22-00303**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $21,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $17,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $961,057.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $999,057.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $999,057.00 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __**TG Turnkey, LLC**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF MICHIGAN__

Case number (if known) __**22-00303**__

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

### 2.1

**Bank of America**
Creditor's Name

**2600 West Big Beaver Road Troy, MI 48084**
Creditor's mailing address

**dlerner@plunkettcooney.com**
Creditor's email address, if known

**Date debt was incurred**
**2020-**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All Assets**

**Describe the lien**
**UCC Financing Statement- Line of Credit**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

Amount of claim: **$5,111,918.81**
Value of collateral: **$5,000,000.00**

### 2.2

**Bank of America**
Creditor's Name

**2600 West Big Beaver Road Troy, MI 48084**
Creditor's mailing address

**dlerner@plunkettcooney.com**
Creditor's email address, if known

**Date debt was incurred**
**2020-**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**All Assets**

**Describe the lien**
**UCC Financing Statement- Line of Credit**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check that apply

Amount of claim: **$1,108,606.47**
Value of collateral: **$5,000,000.00**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **TG Turnkey, LLC**
_____
Name

Case number (if known)    **22-00303**
_____

| ■ No | | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | | ■ Unliquidated |
| | | ☐ Disputed |

---

| 2.3 | **Michigan Dept. of Treasury** | Describe debtor's property that is subject to a lien | $15,214.81 | $5,000,000.00 |

Creditor's Name

**Collections**
**PO Box 30199**
**Lansing, MI 48909**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All Assets**

**Describe the lien**
**UCC Financing Statement- 2020 Withholding Taxes**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/2021-**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including need to enter this creditor and its relative priority.

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $6,235,740.09 |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **17th Circuit Court**<br>**Case No. 22-01336-CB**<br>**180 Ottawa Ave NW**<br>**Grand Rapids, MI 49503** | Line  **2.1** | |
| **17th Circuit Court**<br>**Case No. 22-01336-CB**<br>**180 Ottawa Ave NW**<br>**Grand Rapids, MI 49503** | Line  **2.2** | |
| **David L. Lerner, Esq.**<br>**Plunkett Cooney**<br>**38505 Woodward Ave**<br>**Suite 100**<br>**Bloomfield Hills, MI 48304** | Line  **2.1** | |
| **David L. Lerner, Esq.**<br>**Plunkett Cooney**<br>**38505 Woodward Ave**<br>**Suite 100**<br>**Bloomfield Hills, MI 48304** | Line  **2.2** | |

---

| Debtor | **TG Turnkey, LLC** | Case number (if known) | **22-00303** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **Peter D. Cronk, Esq.**<br>**Plunkett Cooney**<br>**101 N. Washington Square**<br>**Suite 1200**<br>**Lansing, MI 48933** | Line **2.1** | |
| **Peter D. Cronk, Esq.**<br>**Plunkett Cooney**<br>**101 N. Washington Square**<br>**Suite 1200**<br>**Lansing, MI 48933** | Line **2.2** | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **TG Turnkey, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known)  **22-00303**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**A-Z Packaging**<br>**143 E. Pond Drive**<br>**Romeo, MI 48065**<br>**Date(s) debt was incurred** 2021-<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Supplier**<br><br>**Is the claim subject to offset?** ■ No  ☐ Yes | **$120.38** |
|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Absopure Water Company**<br>**PO Box 701760**<br>**Plymouth, MI 48170**<br>**Date(s) debt was incurred** 2021-<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Supplier**<br><br>**Is the claim subject to offset?** ■ No  ☐ Yes | **$101.94** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Advance Plating & Finishing**<br>**840 Coatta Grove SE**<br>**Grand Rapids, MI 49507**<br>**Date(s) debt was incurred** 2021-<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Supplier**<br><br>**Is the claim subject to offset?** ■ No  ☐ Yes | **$27,756.50** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Advantage Mechanical Refridge**<br>**4870-F West River Drive**<br>**Comstock Park, MI 49321**<br>**Date(s) debt was incurred** 2021-<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Services**<br><br>**Is the claim subject to offset?** ■ No  ☐ Yes | **$6,590.25** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        49734        Best Case Bankruptcy

| Debtor | **TG Turnkey, LLC** | Case number (if known) | **22-00303** |
|---|---|---|---|
| | Name | | |

---

**3.5** | **Nonpriority creditor's name and mailing address**
**Air Components Inc.**
**PO Box 9385**
**Wyoming, MI 49509**

**Date(s) debt was incurred  2021-**

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ **Contingent**
☐ **Unliquidated**
☐ **Disputed**

**Basis for the claim:  Supplier**

**Is the claim subject to offset?** ☐ No ☐ Yes

$9,814.53

---

**3.6** | **Nonpriority creditor's name and mailing address**
**All State Crane & Rigging**
**500 E. 8th Street**
**Suite 1000**
**Holland, MI 49423**

**Date(s) debt was incurred  2021-**

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Supplier**

**Is the claim subject to offset?** ☐ No ☐ Yes

$466.25

---

**3.7** | **Nonpriority creditor's name and mailing address**
**All-Phase MI Division**
**PO Box 310660**
**Des Moines, IA 50331**

**Date(s) debt was incurred  2021-**

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Supplier**

**Is the claim subject to offset?** ☐ No ☐ Yes

$7,189.95

---

**3.8** | **Nonpriority creditor's name and mailing address**
**American System Register, LLC**
**5281 Clyde Park Ave SW #1**
**Grand Rapids, MI 49512**

**Date(s) debt was incurred  2021-**

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Services**

**Is the claim subject to offset?** ☐ No ☐ Yes

$1,000.00

---

**3.9** | **Nonpriority creditor's name and mailing address**
**Arrowaste, Inc.**
**PO Box 828**
**Jenison, MI 49429**

**Date(s) debt was incurred  2021-**

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Services**

**Is the claim subject to offset?** ☐ No ☐ Yes

$1,621.81

---

**3.10** | **Nonpriority creditor's name and mailing address**
**AT&T**
**PO Box 5014**
**Carol Stream, IL 60197**

**Date(s) debt was incurred  2021-**

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Services**

**Is the claim subject to offset?** ☐ No ☐ Yes

$1,184.71

---

**3.11** | **Nonpriority creditor's name and mailing address**
**AZZ Galvanizing**
**PO Box 843771**
**Dallas, TX 75284**

**Date(s) debt was incurred  2021-**

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Supplier**

**Is the claim subject to offset?** ☐ No ☐ Yes

$1,530.00

---

Debtor **TG Turnkey, LLC**
_____
Name

Case number (if known) **22-00303**

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,031.48 |
|---|---|---|---|

**B&L Bolt**
**760 32nd Street SE**
**Grand Rapids, MI 49548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Basis for the claim: **Supplier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $579.85 |
|---|---|---|---|

**Beaver Research Co.**
**3700 E. Kilgore Road**
**Portage, MI 49002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,924.52 |
|---|---|---|---|

**Bisco Industries**
**PO Box 68062**
**Anaheim, CA 92817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Basis for the claim: **Supplier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,190.46 |
|---|---|---|---|

**Boyer Steel Inc.**
**26532 Groesbeck Hwy**
**Warren, MI 48089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Basis for the claim: **Supplier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,257.62 |
|---|---|---|---|

**Bravo!**
**300 Ed LeBoeuf Drive**
**Battle Creek, MI 49037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Basis for the claim: **Supplier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $814.31 |
|---|---|---|---|

**Bystronic, Inc.**
**2200 W. Central Road**
**Hoffman Estates, IL 60192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Basis for the claim: **Supplier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,805.50 |
|---|---|---|---|

**Central Steel & Wire**
**PO Box 734082**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Basis for the claim: **Supplier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | TG Turnkey, LLC | Case number (if known) | 22-00303 |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address
**CertaSite, LLC**
**4303 40th Street SE**
**Grand Rapids, MI 49512**

Date(s) debt was incurred __2021-__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$530.31**

---

**3.20** | Nonpriority creditor's name and mailing address
**Charter Steel**
**4401 West Roosevelt Road**
**Chicago, IL 60624**

Date(s) debt was incurred __2021-__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$20,292.98**

---

**3.21** | Nonpriority creditor's name and mailing address
**Cincinnati, Inc.**
**PO Box 11111**
**Cincinnati, OH 45211**

Date(s) debt was incurred __2021-__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$3,550.00**

---

**3.22** | Nonpriority creditor's name and mailing address
**Cintas Corporation #301**
**PO Box 630910**
**Cincinnati, OH 45263**

Date(s) debt was incurred __2021-__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$4,120.94**

---

**3.23** | Nonpriority creditor's name and mailing address
**Circle Logistics, Inc.**
**PO Box 8067**
**Fort Wayne, IN 46898**

Date(s) debt was incurred __2021-__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$4,120.94**

---

**3.24** | Nonpriority creditor's name and mailing address
**City of Grand Rapids Water**
**300 Monroe Ave. NW**
**Grand Rapids, MI 49503**

Date(s) debt was incurred __2021-__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$711.05**

---

**3.25** | Nonpriority creditor's name and mailing address
**Comcast Business**
**PO Box 70219**
**Philadelphia, PA 19176**

Date(s) debt was incurred __2021-__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$596.70**

---

| Debtor | **TG Turnkey, LLC** | Case number (if known) | **22-00303** |
|---|---|---|---|
| | Name | | |

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78,380.32**

**Consolidated Metals Inc.**
**1805 Copeland Street**
**Jacksonville, FL 32204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-**

**Basis for the claim:  Supplier**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$388.00**

**Custometal Products, Inc.**
**180 Kerth Street**
**Saint Joseph, MI 49085**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-**

**Basis for the claim:  Supplier**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$217.19**

**D Lawless Hardware**
**1707 E. Main Street**
**Olney, IL 62450**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-**

**Basis for the claim:  Supplier**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Dre Plowing Service**
**c/o Andre Brown**
**119 Dickinson SE**
**Grand Rapids, MI 49507**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-**

**Basis for the claim:  Services**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,718.88**

**DTE Energy**
**PO Box 740786**
**Cincinnati, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-**

**Basis for the claim:  Services**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$767.00**

**Factory Steel & Metal Supply**
**14020 Oakland Avenue**
**Highland Park, MI 48203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-**

**Basis for the claim:  Supplier**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$292.08**

**FedEX Bankruptcy Dept.**
**3965 Airways Blvd**
**Module G- 3rd Floor**
**Memphis, TN 38116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-**

**Basis for the claim:  Services**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TG Turnkey, LLC** | Case number (if known) | **22-00303** |
|---|---|---|---|
| | Name | | |

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$649.40**

**Fence Consultants of West MI**
**615 Eleventh Street NW**
**Grand Rapids, MI 49504**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-**

**Basis for the claim:  Supplier**

**Last 4 digits of account number ___**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,075.00**

**Fifth Wheel Freight, LLC**
**4460 44th Street**
**Suite D**
**Grand Rapids, MI 49512**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-**

**Basis for the claim:  Services**

**Last 4 digits of account number ___**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$632.76**

**Fire Fighter Sales & Service**
**3015 Masison SE**
**Grand Rapids, MI 49548**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-**

**Basis for the claim:  Supplier**

**Last 4 digits of account number ___**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,061.80**

**First Bankcard**
**PO Box 2557**
**Omaha, NE 68103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-**

**Basis for the claim:  Charge Account**

**Last 4 digits of account number ___**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,700.00**

**Fitzmark**
**950 Dorman Street**
**Indianapolis, IN 46202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-**

**Basis for the claim:  Supplier**

**Last 4 digits of account number ___**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$80,890.10**

**GBA Supply**
**441 University Blvd**
**Birmingham, AL 35205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-**

**Basis for the claim:  Supplier**

**Last 4 digits of account number ___**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,772.10**

**Geener Building Mechanical**
**10971 2 Mile Road**
**Lowell, MI 49331**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-**

**Basis for the claim:  Supplier**

**Last 4 digits of account number ___**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TG Turnkey, LLC** | Case number (if known) | **22-00303** |
|---|---|---|---|
| | Name | | |

---

**3.40** | **Nonpriority creditor's name and mailing address**
**Golden Eagle Pallets, LLC**
**1701 Clyde Park Street SW**
**Unit B-50**
**Wyoming, MI 49509**

**Date(s) debt was incurred  2021-**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$4,146.00**

---

**3.41** | **Nonpriority creditor's name and mailing address**
**Goshen Stamping**
**1025 S. 10th Street**
**Goshen, IN 46526**

**Date(s) debt was incurred  2021-**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$31,770.16**

---

**3.42** | **Nonpriority creditor's name and mailing address**
**Grainger**
**Dept. 803639590**
**Palatine, IL 60038**

**Date(s) debt was incurred  2021-**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Services**

Is the claim subject to offset? ■ No ☐ Yes

**$3,414.19**

---

**3.43** | **Nonpriority creditor's name and mailing address**
**Great America Financial Serv**
**PO Box 660831**
**Dallas, TX 75266**

**Date(s) debt was incurred  2021-**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,300.18**

---

**3.44** | **Nonpriority creditor's name and mailing address**
**Griffon Steel Corporation**
**1561 E. Highwood**
**Pontiac, MI 48340**

**Date(s) debt was incurred  2021-**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$1,725.00**

---

**3.45** | **Nonpriority creditor's name and mailing address**
**Guardian Alarm**
**75 Remittance**
**Department 1376**
**Chicago, IL 60675**

**Date(s) debt was incurred  2021-**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Services**

Is the claim subject to offset? ■ No ☐ Yes

**$775.92**

---

**3.46** | **Nonpriority creditor's name and mailing address**
**Harbor Steel & Supply Corp.**
**PO Box 4250**
**Muskegon, MI 49444**

**Date(s) debt was incurred  2021-**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$2,352.60**

---

| Debtor | **TG Turnkey, LLC** | Case number (if known) | **22-00303** |
|---|---|---|---|
| | Name | | |

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,161.60**

**Heneveld Group, LLc**
**480 North Fairview Road**
**Suite 8**
**Zeeland, MI 49464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-**

Basis for the claim:  **Supplier**

Last 4 digits of account number _____

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$70.00**

**Integration Technologies, Inc.**
**PO Box 147**
**Muskegon, MI 49443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-**

Basis for the claim:  **Services**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,770.00**

**J&L Roofing**
**567 11th Street NE**
**Grand Rapids, MI 49504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-**

Basis for the claim:  **Services**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,286.80**

**Kaat's Water Conditioning, Inc**
**PO Box 140714**
**Grand Rapids, MI 49514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-**

Basis for the claim:  **Services**

Last 4 digits of account number _____

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$284,318.04**

**Lafayette Steel & Aluminum**
**PO Box 95164**
**Chicago, IL 60694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-**

Basis for the claim:  **Supplier**

Last 4 digits of account number _____

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$96,433.87**

**LaserTec**
**715 Callaghan Street**
**Greenville, MI 48838**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2021-**

Basis for the claim:  **Supplier**

Last 4 digits of account number _____

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,614.89**

**Leader Lights**
**5171 Plainfield Ave NE**
**Grand Rapids, MI 49525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-**

Basis for the claim:  **Supplier**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **TG Turnkey, LLC**
_____
Name

Case number (if known)    **22-00303**

| | | |
|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,332.67** |

**LRS, LLC**
**PO Box 49736**
**Cookeville, TN 38506**

☐ **Contingent**
☐ **Unliquidated**
☐ **Disputed**

**Date(s) debt was incurred  2021-**

**Basis for the claim:  Supplier**

**Last 4 digits of account number __**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,746.85** |
|---|---|---|

**Machine Ethics of West MI**
**1889 SunDolphin Drive**
**Suite B**
**Muskegon, MI 49444**

☐ **Contingent**
☐ **Unliquidated**
☐ **Disputed**

**Date(s) debt was incurred  2021-**

**Basis for the claim:  Supplier**

**Last 4 digits of account number __**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$32,098.14** |
|---|---|---|

**Machine Star, LLC**
**4674 Clay Ave SW, Suite D**
**Grand Rapids, MI 49548**

☐ **Contingent**
☐ **Unliquidated**
☐ **Disputed**

**Date(s) debt was incurred  2021-**

**Basis for the claim:  Supplier**

**Last 4 digits of account number __**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply* | **$16,433.60** |
|---|---|---|

**Marlboro Manufacturing**
**11750 Marlboro Ave NE**
**Alliance, OH 44601**

☐ **Contingent**
☐ **Unliquidated**
☐ **Disputed**

**Date(s) debt was incurred  2021-**

**Basis for the claim:  Supplier**

**Last 4 digits of account number __**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,134.00** |
|---|---|---|

**McClays Logistics**
**31201 Chicago Road S**
**Warren, MI 48093**

☐ **Contingent**
☐ **Unliquidated**
☐ **Disputed**

**Date(s) debt was incurred  2021-**

**Basis for the claim:  Supplier**

**Last 4 digits of account number __**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,266.47** |
|---|---|---|

**McMaster-Carr**
**200 Aurora Industrial Pkwy**
**Aurora, OH 44202**

☐ **Contingent**
☐ **Unliquidated**
☐ **Disputed**

**Date(s) debt was incurred  2021-**

**Basis for the claim:  Supplier**

**Last 4 digits of account number __**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,754.00** |
|---|---|---|

**McNichols Company**
**PO Box 101211**
**Atlanta, GA 30392**

☐ **Contingent**
☐ **Unliquidated**
☐ **Disputed**

**Date(s) debt was incurred  2021-**

**Basis for the claim:  Supplier**

**Last 4 digits of account number __**

**Is the claim subject to offset?** ■ No ☐ Yes

Debtor **TG Turnkey, LLC**
_____
Name

Case number (if known) **22-00303**
_____

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$65.00** |

**Med-1 Breton**
**PO Box 3319**
**Grand Rapids, MI 49501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-**

Basis for the claim: **Services**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$250.00** |

**Med-1 Leonard**
**PO Box 3320**
**Grand Rapids, MI 49501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-**

Basis for the claim: **Services**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$12,895.00** |

**Mercury Products**
**1201 S. Mercury Drive**
**Schaumburg, IL 60193**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-**

Basis for the claim: **Supplier**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$80.00** |

**Metal Finishing**
**2652 Hoyt Street**
**Muskegon, MI 49444**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-**

Basis for the claim: **Supplier**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$35,537.99** |

**Millennium Metals, LLc**
**PO Box 95052**
**Chicago, IL 60694**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-**

Basis for the claim: **Supplier**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$700.00** |

**Miller Industrial Gasses**
**505 Grandville Ave SW**
**Grand Rapids, MI 49503**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-**

Basis for the claim: **Supplier**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$10,492.66** |

**Miller Welding**
**505 Grandville Avenue SW**
**Grand Rapids, MI 49503**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-**

Basis for the claim: **Services**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | TG Turnkey, LLC | Case number (if known) | 22-00303 |
|--------|-----------------|------------------------|----------|
| | Name | | |

---

**3.68**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $441.91 |
|---|---|---|
| **Model First Aid & Safety**<br>**PO Box 8037**<br>**Grand Rapids, MI 49518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __2021-__ | **Basis for the claim:** __Services__ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.69**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,340.60 |
|---|---|---|
| **Nortek Powder Coating, LLC**<br>**5900 Success Drive**<br>**Rome, NY 13440** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __2021-__ | **Basis for the claim:** __Supplier__ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.70**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,437.55 |
|---|---|---|
| **Packer Fastener**<br>**728 Lombardi Ave**<br>**Green Bay, WI 54304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __2021-__ | **Basis for the claim:** __Supplier__ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.71**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,157.14 |
|---|---|---|
| **Praxair**<br>**Dept Ch 10660**<br>**Palatine, IL 60055** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __2021-__ | **Basis for the claim:** __Supplier__ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.72**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,719.74 |
|---|---|---|
| **Precision Wire EDM Service Inc**<br>**3180 Three Mile Road NW**<br>**Walker, MI 49544** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __2021-__ | **Basis for the claim:** __Supplier__ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.73**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $94.94 |
|---|---|---|
| **Production Tool Supply**<br>**PO Box 670587**<br>**Detroit, MI 48267** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __2021-__ | **Basis for the claim:** __Supplier__ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.74**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,555.81 |
|---|---|---|
| **Protective Coating Associates**<br>**404 Union Street**<br>**Bronson, MI 49028** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __2021-__ | **Basis for the claim:** __Supplier__ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **TG Turnkey, LLC**
Name

Case number (if known)  **22-00303**

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,091.60 |
|---|---|---|---|

**Purforms, Inc.**
**615 Chatham Street**
**Lowell, MI 49331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2021-__

Basis for the claim:  **Supplier**

Last 4 digits of account number  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,181.12 |
|---|---|---|---|

**Purity Cylinder Gases, Inc.**
**PO Box 9390**
**Wyoming, MI 49509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2021-__

Basis for the claim:  **Supplier**

Last 4 digits of account number  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,907.21 |
|---|---|---|---|

**Quill Corporation**
**PO Box 37600**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2021-__

Basis for the claim:  **Supplier**

Last 4 digits of account number  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,363.28 |
|---|---|---|---|

**Renosol Corporation**
**691 River Road**
**Bay City, MI 48708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2021-__

Basis for the claim:  **Supplier**

Last 4 digits of account number  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,865.00 |
|---|---|---|---|

**Richardson Electronics Ltd.**
**40W267 Keslinger Road**
**PO Box 393**
**Lafox, IL 60147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2021-__

Basis for the claim:  **Supplier**

Last 4 digits of account number  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,029.65 |
|---|---|---|---|

**S&S Hinge Company**
**210 Covington Drive**
**Bloomingdale, IL 60108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2021-__

Basis for the claim:  **Supplier**

Last 4 digits of account number  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $323.04 |
|---|---|---|---|

**Seaver Finishing E-Coat**
**1645 Marion Street**
**Grand Haven, MI 49417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2021-__

Basis for the claim:  **Supplier**

Last 4 digits of account number  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **TG Turnkey, LLC** | | Case number (if known) | **22-00303** |
|---|---|---|---|---|
| | Name | | | |

---

**3.82** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.55**

**Smart Business Source**
**1940 Northwood Drive**
**Troy, MI 48084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 2021-**

**Basis for the claim: Services**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$412.00**

**Smitter Pest Control**
**1650 Division Ave**
**Grand Rapids, MI 49507**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 2021-**

**Basis for the claim: Services**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$481,970.84**

**Stephens Pipe & Steel**
**PO Box 618**
**Russell Springs, KY 42642**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred 2021-**

**Basis for the claim: Supplier**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,035.00**

**Striker Sheet Metal**
**PO Box 41**
**White House, TN 37188**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 2021-**

**Basis for the claim: Supplier**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$308.59**

**Supply Geeks- Smart Business**
**4157 40th Street SE**
**Grand Rapids, MI 49512**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 2021-**

**Basis for the claim: Supplier**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$123,149.65**

**Target Steel**
**Dept. 78017**
**PO Box 77000**
**Detroit, MI 48278**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 2021-**

**Basis for the claim: Supplier**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,585.46**

**The Bolt Bin**
**11331 3rd Ave NW**
**Grand Rapids, MI 49534**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 2021-**

**Basis for the claim: Supplier**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TG Turnkey, LLC** | Case number (if known) | **22-00303** |
|---|---|---|---|
| | Name | | |

---

**3.89**

**Nonpriority creditor's name and mailing address**
**The DECC Company**
**1266 Wallen Ave SW**
**Grand Rapids, MI 49507**

Date(s) debt was incurred **2021-**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$2,169.20**

---

**3.90**

**Nonpriority creditor's name and mailing address**
**The Yost Superior Co.**
**300 South Center Street**
**PO Box 1487**
**Springfield, OH 45501**

Date(s) debt was incurred **2021-**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$254.82**

---

**3.91**

**Nonpriority creditor's name and mailing address**
**Timber Ridge Tree Care, LLC**
**4327 Abrigador Trl NE**
**Comstock Park, MI 49321**

Date(s) debt was incurred **2021-**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

**3.92**

**Nonpriority creditor's name and mailing address**
**TJ Pant, LLC**
**25993 US 12**
**Sturgis, MI 49091**

Date(s) debt was incurred **2021-**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$2,200.00**

---

**3.93**

**Nonpriority creditor's name and mailing address**
**Transport Repair Services Inc.**
**541 Burton Street SW**
**Grand Rapids, MI 49507**

Date(s) debt was incurred **2021-**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$3,415.97**

---

**3.94**

**Nonpriority creditor's name and mailing address**
**TRUMPF, Inc.**
**Dept. 135**
**PO Box 150473**
**Hartford, CT 06115**

Date(s) debt was incurred **2021-**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$11,490.85**

---

**3.95**

**Nonpriority creditor's name and mailing address**
**Tube Fabricators, Inc.**
**66889 Halfway Road**
**PO Box 338**
**Burr Oak, MI 49030**

Date(s) debt was incurred **2021-**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$14,251.02**

---

| Debtor | **TG Turnkey, LLC** | | Case number (if known) | **22-00303** |
|---|---|---|---|---|
| | Name | | | |

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$688.54** |
|---|---|---|---|
| | **Uline**<br>**PO Box 88741**<br>**Chicago, IL 60680** | ☐ **Contingent**<br>☐ **Unliquidated**<br>☐ **Disputed** | |
| | **Date(s) debt was incurred** __2021-__ | **Basis for the claim:** **Supplier** | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,176.84** |
|---|---|---|---|
| | **United Fastener & Supply Co.**<br>**2716 Courier Drive NW, Suite B**<br>**Grand Rapids, MI 49534** | ☐ **Contingent**<br>☐ **Unliquidated**<br>☐ **Disputed** | |
| | **Date(s) debt was incurred** __2021-__ | **Basis for the claim:** **Supplier** | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,264.41** |
|---|---|---|---|
| | **Vitan Equipment**<br>**PO Box 77000**<br>**Dept. 771318**<br>**Detroit, MI 48277** | ☐ **Contingent**<br>☐ **Unliquidated**<br>☐ **Disputed** | |
| | **Date(s) debt was incurred** __2021-__ | **Basis for the claim:** **Supplier** | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply* | **$1,434.97** |
|---|---|---|---|
| | **West Michigan Tube & Wire**<br>**PO Box 4589**<br>**Muskegon, MI 49444** | ☐ **Contingent**<br>☐ **Unliquidated**<br>☐ **Disputed** | |
| | **Date(s) debt was incurred** __2021-__ | **Basis for the claim:** **Supplier** | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,531.26** |
|---|---|---|---|
| | **Wilson Tool CM#9676**<br>**PO Box 70870**<br>**Saint Paul, MN 55170** | ☐ **Contingent**<br>☐ **Unliquidated**<br>☐ **Disputed** | |
| | **Date(s) debt was incurred** __2021-__ | **Basis for the claim:** **Supplier** | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Dan Murphy**<br>**Muphy Lomon & Associates**<br>**2860 River Road, Suite 200**<br>**Des Plaines, IL 60018** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Euler Hermes Collection**<br>**800 Red Brook Blvd**<br>**Suite 400C**<br>**Owings Mills, MD 21117** | Line **3.34**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | TG Turnkey, LLC | Case number (if known) | 22-00303 |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Foster Swift**<br>**1700 E. Beltline NE, Suite 200**<br>**Grand Rapids, MI 49525** | Line **3.88**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **IC Systems, Inc.**<br>**444 Highway 96 East**<br>**PO Box 64378**<br>**Saint Paul, MN 55164** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Liberty Mutual Ins. Co.**<br>**175 Berkley Street**<br>**Boston, MA 02116** | Line **3.84**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Michigan Department of**<br>**Transportation**<br>**PO Box 30050**<br>**Lansing, MI 48909** | Line **3.84**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Recovery One**<br>**PO Box 20404**<br>**Columbus, OH 43220** | Line **3.50**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Wilson Tool International**<br>**12912 Farnham Avenue**<br>**Saint Paul, MN 55110** | Line **3.100**<br>☐ Not listed. Explain ____ | _ |

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,627,761.80 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,627,761.80 |

**Fill in this information to identify the case:**

Debtor name **TG Turnkey, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) **22-00303**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1.   State what the contract or lease is for and the nature of the debtor's interest

**Commercial Lease- 739 Cottage Grove Ave Grand Rapids, MI 49507**

State the term remaining

List the contract number of any government contract

**APF Properties c/o Smith Haughey Rice Roegge 100 Monroe Center Street NW Grand Rapids, MI 49503**

**Fill in this information to identify the case:**

Debtor name __TG Turnkey, LLC__

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) __22-00303__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 Richard Achtenberg | 1648 Casey Key Punta Gorda, FL 33950 | Bank of America | ☑ D __2.1__ ☐ E/F ___ ☐ G ___ |
| 2.2 Richard Achtenberg | 1648 Casey Key Punta Gorda, FL 33950 | Bank of America | ☑ D __2.2__ ☐ E/F ___ ☐ G ___ |
| 2.3 TG Coatings, LLC | 1840 142nd Ave Dorr, MI 49323 | Bank of America | ☑ D __2.1__ ☐ E/F ___ ☐ G ___ |
| 2.4 TG Coatings, LLC | 1840 142nd Ave Dorr, MI 49323 | Bank of America | ☑ D __2.2__ ☐ E/F ___ ☐ G ___ |
| 2.5 TG Manufacturing, LLC | 1530 Eastern Avenue Grand Rapids, MI 49507 | Bank of America | ☑ D __2.1__ ☐ E/F ___ ☐ G ___ |

Debtor    **TG Turnkey, LLC**                                    Case number *(if known)*    **22-00303**

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                          *Column 2:* **Creditor**

| 2.6 | **TG Manufacturing, LLC** | **1530 Eastern Avenue**<br>**Grand Rapids, MI 49507** | **Bank of America** | ■ D    **2.2** ___<br>☐ E/F ___<br>☐ G ___ |

| 2.7 | **APF Properties** | **c/o Smith Haughey Rice Roegge**<br>**100 Monroe Center Street NW**<br>**Grand Rapids, MI 49503** | **APF Properties** | ☐ D ___<br>☐ E/F ___<br>■ G    **2.1** ___ |